# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

A. JOSEPH RAETANO,

    Plaintiff,

v.                                               Case No. 8:09-cv-517-T-30MAP

TORRENCE L. HUNT,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation for Voluntary Dismissal with Prejudice (Dkt. #10) and the Plaintiff's Notice of Filing Statements in Support of Attorney's Fees, Litigation Expenses and Costs (Dkt. #14). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The parties' Stipulation for Voluntary Dismissal with Prejudice (Dkt. #10) is GRANTED.

2. This cause is dismissed with prejudice.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on February 25, 2010.

                                                   JAMES S. MOODY, JR.
                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2009\09-cv-517.raetano.stip dismissal 10.wpd